UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA                    *

VS                                          *    Cr. No. _B-05-412-M_

_Jose Antonio Castillo Martinez_            *

### ORDER OF COMMITMENT

The above-named defendant(s) was/were arrested upon the **Complaint of the United States Government**

charging a violation of ____**8 USC 1326 (a) and (b)**____ in the Southern District of Texas

on ____April 15, 2005____.

**DESCRIPTION OF CHARGES:**

**Illegal entry into the United States after deportation**

Bail is fixed at ____**$25,000.00 cash bond**____

The defendant(s) is/are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extend practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant(s) shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance connection with a court proceeding.

DATED: ____4-15-05____

_____
Felix Recio
United States Magistrate Judge